IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:21-cv-00014-MR

| | |
|---|---|
| **JOEL MICHAEL CLIETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **FNU GOINS, et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 complaining about incidents that allegedly occurred at the Alexander Correctional Institution.[1] The Complaint passed initial review on claims against Defendants Goins, Moss, Baker, and Poteat, and the remaining claims were dismissed. [Doc. 19]. The Plaintiff was granted 30 days to amend the Complaint. He was informed that, if he failed to do so, the matter would proceed solely against Defendants Goins, Moss, Baker, and Poteat as provided in the Order on initial review. [Id.].

---

[1] The Plaintiff is presently housed at the Mecklenburg County Jail. See https://mecksheriffweb.mecklenburgcountync.gov/Inmate/Details?pid=0000491927&jid=21010161&activeOnly=False&firstName=joel&lastName=cliett&prisType=ALL&maxrows=48&page=1 (last accessed Oct. 5, 2021); Fed. R. Evid. 201.

The time to amend has expired, and no Amended Complaint has been filed. Therefore, the matter will proceed solely against Defendants Goins, Moss, Baker, and Poteat as provided in the Order on initial review. The Court's Local Rule 4.3 sets forth the procedure to waive service of process for current or former employees of NCDPS in actions filed by North Carolina State prisoners. In light of the Court's determination that this case passes initial review, the Court will order the Clerk of Court to commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants Goins, Moss, Baker, and Poteat, who are alleged to be current or former employees of NCDPS.

**IT IS, THEREFORE, ORDERED** that the Clerk shall commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants Goins, Moss, Baker, and Poteat, who are alleged to be current or former employees of NCDPS.

**IT IS SO ORDERED.**

Signed: October 26, 2021

Martin Reidinger
Chief United States District Judge